**1092**

CUTLER–HAMMER, INC., Plaintiff-Appellee,

v.

STANDARD RELAY CORP., Defendant-Appellant.

CUTLER–HAMMER, INC., Plaintiff-Appellee,

v.

UNIVERSAL RELAY CORP., Defendant-Appellant.

Nos. 956, 957, Dockets 71–1115, 71–1116.

United States Court of Appeals,
Second Circuit.

Argued June 29, 1971.

Decided June 29, 1971.

Samuel M. Sprafkin, New York City (Mandel M. Einhorn, New York City, on the brief), for defendants-appellants.

Andrew O. Riteris, Milwaukee, Wis. (Michael, Best & Friedrich, Milwaukee, Wis., Herbert C. Earnshaw, Royall, Koegel & Wells, New York City, on the brief), for plaintiff-appellee.

Before MOORE, FEINBERG and MANSFIELD, Circuit Judges.

PER CURIAM:

After an extensive non-jury trial in these consolidated actions in the United States District Court for the Southern District of New York before Edmund L. Palmieri, J., plaintiff Cutler-Hammer, Inc. was awarded judgment against defendants Standard Relay Corp., and Universal Relay Corp. We have considered appellants' lengthy papers on appeal, as well as their oral argument, but we conclude that we should affirm the judgment on the thorough opinion of Judge Palmieri, reported at 328 F.Supp. 868.

The mandate shall issue forthwith.

UNITED STATES of America

v.

Roland Grey RICHARDS and Walter Guinn Walser.

Walter Guinn Walser, Appellant.

No. 71–1043.

United States Court of Appeals,
Third Circuit.

Argued May 6, 1971.

Decided July 14, 1971.

Ralph J. Kmiec, Kmiec & Palumbo, Camden, N. J., for appellant.

John J. Finnegan, III, Asst. U. S. Atty., Camden, N. J., Herbert J. Stern, U. S. Atty., Newark, N. J., on the brief, for appellee.

Before HASTIE, Chief Judge, and KALODNER and ALDISERT, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

This is an appeal from a judgment of conviction entered by the District Court pursuant to a jury verdict finding the defendant appellant, Walter Guinn Walser, guilty of conspiring to possess and pass counterfeit money; possession of counterfeit money with intent to defraud; and passing counterfeit money with intent to defraud.

On this appeal Walser challenges as prejudicial error several of the trial judge's rulings on the admission of evidence; his refusal to give requested instructions to the jury; and "in pressuring the jury to reach a verdict."

On review of the record, we are of the opinion that the stated challenges are without merit.

The judgment of conviction will be affirmed.